IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                CHAPTER 13 CASE
                                                          NO. 08-32296-DHW

ANNIE P. WRIGHT,
XXX-XX-5576

     **Debtor(s).**

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE.** Responses must be filed electronically with the Clerk or by U.S. mail addressed to: Clerk of the Bankruptcy Court, One Church Street, Montgomery, AL 36104.

## TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN

COMES NOW, the Trustee, by and through the undersigned counsel, and moves this Honorable Court to modify the debtor(s) plan, and as grounds for said motion, states as follows:

1. Sterling, Inc. filed a secured claim (Court Claim #25 / Trustee Claim #48) in the amount of $749.00.

2. Trustee advised debtor's attorney there were no provisions for the claim and requested the attorney to either make provisions or object; whichever was more appropriate. As of this date, no action has been taken.

WHEREFORE, the Trustee moves this Honorable Court to amend the debtor's plan to provide as follows:

| Claim No. | Creditor | Status | Value | Interest | SMP | APP |
|---|---|---|---|---|---|---|
| Ct Cl#25 | Sterling, Inc. | secured | $749.00 | 5% | $20.00 | $8.00 |

Debtor(s) plan payment shall be increased from $225.00 to $246.00 semi-monthly.

Respectfully submitted this 20th day of January 2010.

                                                 Curtis C. Reding
                                                 Standing Chapter 13 Trustee

                           By:     /s/ Sabrina L. McKinney
                                                 Sabrina L. McKinney
                                                 Staff Attorney
                                                 ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 20th day of January 2010.

/s/ Sabrina L. McKinney
Sabrina L. McKinney

Annie P. Wright
185 McGhee Road
Hayneville, AL 36040

Richard Shinbaum (electronic filing)

Sterling, Inc.
c/o Trauner, Cohen & Thomas
5901-C Peachtree Dunwoody Rd., Ste. 500
Atlanta, GA 30328